UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                                                             :
                 -v-                                         :
                                                             :      1:16-cr-740-GHW-8
                                                             :
                                                             :
   RONARDO BAEZ,                                             :            ORDER
                                                             :
                         Defendant.  :
------------------------------------------------------------- X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____          │
│ DATE FILED:   4/20/2023          │
└─────────────────────────────────┘
```

GREGORY H. WOODS, United States District Judge:

   The proceeding scheduled in this matter for April 21, 2023, will take place at 12:00 p.m. in

Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York 10007.

   SO ORDERED.

Dated:  April 20, 2023
        New York, New York

                                    _____
                                         GREGORY H. WOODS
                                       United States District Judge