

# DIAZ & MOSKOWITZ, PLLC
Attorneys at Law

**John A. Diaz, Esq.**   johnadiazlaw@gmail.com   www.dmlawny.com

Garden City Office:  
1225 Franklin Avenue  
Suite 325  
Garden City, NY 11530  
(516) 992-3496  

**MEMORANDUM ENDORSED**

New York Office:  
225 Broadway  
Suite 715  
New York, NY 10007  
(212) 227-8208  

June 22, 2023

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 6/22/2023

**VIA ECF**  
The Honorable Gregory H. Woods  
United States District Judge  
Southern District of New York  
United States Courthouse  
500 Pearl Street  
New York, New York 10007

Re:   **U.S. v. Ronardo Baez,**  
       **16 Cr. 740 (GHW)**

Dear Judge Woods:

     I represent Ronardo Baez, the defendant in the above-referenced matter. Mr. Baez is scheduled to be sentenced on the violation of supervised release on July 10, 2023. The purpose of this letter is to respectfully request a two-week adjournment of Mr. Baez's sentencing. Counsel met with Mr. Baez on Monday, June 19, 2023 to prepare for the sentencing and Mr. Baez informed me that the jail has been on lockdown and he was unable to bring his certificates and other documents down to the visit, which are to be included in his submission. An adjournment of two weeks will provide sufficient time for counsel to visit Mr. Baez again and receive these exhibits. This is counsel's first request for an adjournment of the sentencing and Government does not object to this request. Accordingly, it is respectfully requested that the Court adjourn Mr. Baez's sentencing for two weeks, to the week of July 24, 2023, or a date that is convenient to the Court. The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/

John A. Diaz, Esq.

cc:   All counsel (*via ECF*)

Application granted. The sentencing hearing is adjourned to July 24, 2023 at 10:00 a.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 295.
SO ORDERED.
Dated: June 22, 2023
New York, New York

GREGORY H. WOODS  
United States District Judge